| Fill in this information to identify the case: | *Please see disclaimers under signature block |
|---|---|
| Debtor 1    Andres Alberto Benavides | |
| Debtor 2 | |
| United States Bankruptcy Court for the: Southern District of California | |
| Case number :    17-03922-LA13 | |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X | Court claim no. (if known): | __9__ |
|---|---|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: | __6314__ | **Date of payment change:** Must be at least 21 days after date of this notice | __06/01/2020__* |
| | | **New total payment:** Principal, interest, and escrow, if any | __$1,938.75__ |

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $__323.69__        New escrow payment: $__316.78__

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                         New interest rate:
   Current Principal and interest payment:        New principal and interest payment:

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:

   Current mortgage payment:                      New mortgage payment:

Official Form 410S1                 Notice of Mortgage Payment Change                      page 1

Debtor 1  Andres Alberto Benavides                       Case number (if known)    17-03922-LA13
          First Name   Middle Name   Last Name

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton                                                  Date  05/01/2020
Signature

Print:         Julian Cotton                          Title   Authorized Agent for Creditor

Company    Padgett Law Group

Address    6267 Old Water Oak Road, Suite 203

           Tallahassee FL, 32312

Contact phone   (850) 422-2520          Email   PLGinquiries@padgettlawgroup.com

*Creditor is filing this late notice of payment change to substantially comply with Bankruptcy Rule 3002.1 and ensure a complete chain of payment changes are noticed on the claims register. Since the monthly mortgage payment decreased, it is assumed minimal harm, if any, will be caused by the delay in filing this notice.

*Creditor files this notice without a supporting document in order to substantially comply with Bankruptcy Rule 3002.1 with the intent to amend immediately upon receipt of the document.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the <u>  01st  </u> day of May, 2020.

/S/ Julian Cotton

_____

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 17-03922-LA13)

Debtor
Andres Alberto Benavides
1845 Avenida Segovia
Oceanside, CA 92056

Attorney
Michael G. Doan
Doan Law Firm
1930 S Coast Hwy Ste-206
Oceanside, CA 92054

Trustee
David L. Skelton
525 B St., Suite 1430
San Diego, CA 92101-4507

US Trustee
United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101